ERIC S. DeFREEST, OSB No. 920475
edefreest@luvaascobb.com
LUVAAS COBB
777 High Street, Suite 300
Eugene, Oregon 97401
Telephone: 541-484-9292
Facsimile: 541-343-1206

Attorneys for Defendant Newmar Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| DANIEL S. SARKISIAN, and DAWN L. SARKISIAN, individuals,<br><br>                 PLAINTIFFS,<br>  vs.<br><br>FREIGHTLINER CUSTOM CHASSIS CORPORATION, a subsidiary of DAIMLER TRUCKS NORTH AMERICA LLC, a foreign Limited Liability Company, and NEWMAR INDUSTRIES, INC., aka NEWMAR CORPORATION, a foreign profit corporation,<br><br>                 DEFENDANTS. | **Case No. 3:21-cv-1123-IM**<br><br>**UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS** |

## CERTIFICATION OF COMPLIANCE WITH LR 7-1(4)

In compliance with this rule, the parties have conferred and plaintiff's counsel, Sara Douglass, has agreed that this motion may be submitted as unopposed.

COMES NOW defendant Newmar Corporation, by and through its attorney, Eric S. DeFreest of Luvaas Cobb, and respectfully moves this court for entry of a Supplemental Judgment for Attorney Fees and Costs.  Said form of supplemental judgment is attached as Exhibit 1.

This motion is based on FRCP 58(b)(1)(B), on the court's Order Granting in Part Defendant's Motion for Attorney's Fees and Costs dated November 16, 2023, and supported by the declaration of Eric S. DeFreest filed contemporaneously herewith.

DATED this 18th day of January, 2024.

LUVAAS COBB

By:    /s/ Eric S. DeFreest
       Eric S. DeFreest, OSB No. 950475
       edefreest@luvaascobb.com
       777 High Street, Ste. 300
       Eugene, OR 97401
       Telephone: 541-484-9292
       Of Attorneys for Newmar Corporation

ERIC S. DeFREEST, OSB No. 920475
edefreest@luvaascobb.com
LUVAAS COBB
777 High Street, Suite 300
Eugene, Oregon 97401
Telephone: 541-484-9292
Facsimile: 541-343-1206

Attorneys for Defendant Newmar Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

## Portland Division

| | |
|---|---|
| DANIEL S. SARKISIAN, and DAWN L. SARKISIAN, individuals, | Case No. 3:21-cv-1123-IM |
| PLAINTIFFS, | **SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS** |
| vs. | |
| FREIGHTLINER CUSTOM CHASSIS CORPORATION, a subsidiary of DAIMLER TRUCKS NORTH AMERICA LLC, a foreign Limited Liability Company, and NEWMAR INDUSTRIES, INC., aka NEWMAR CORPORATION, a foreign profit corporation, | |
| DEFENDANTS. | |

/ / / /

/ / / /

SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS - Page 1

EXHIBIT 1
Page 1 of 3

Based on the Court's Order Granting in Part Defendant's Motion for Attorney's Fees and Costs dated November 16, 2023,

IT HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of defendant Newmar Corporation and against Daniel and Dawn Sarkisian for attorney fees and costs in the amount of $23,068.52:

### MONEY AWARD

1. Judgment creditor:

Newmar Corporation
P.O. Box 30
Nappanee, IN 46550-0030

2. Judgment creditor's attorney:

Eric S. DeFreest, OSB #920475
Luvaas Cobb
777 High Street, Suite 300
Eugene, Oregon 97401
Phone : 541-484-9292

3. Judgment debtor's Name:

Daniel Setrak Sarkisian
Dawn Lemay Sarkisian
38 S 4th Street
Campbell, CA 95008

Date of Birth: Unknown
Social Security No.: Unknown
Oregon Drivers License No.: Unknown

4. Judgment debtor's attorney:

Sara Douglass, OSB #222030
Lemon Law Group Partners
10260 SW Greenburg Road, Ste. 400 #522
Portland, OR 98223
Phone:  888-415-0610 ext. 5146

5. Others entitled to any portion of money award:        None

6. Principal amount of money award:        $23,068.52

7. Pre-judgment interest:        0.00

SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS - Page 2

EXHIBIT 1
Page 2 of 3

8.  Post-judgment interest on principal amount item 6:     At the rate of 9% per annum simple interest from the date this judgment is entered until paid.

_____

Submitted by:
Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
777 High Street, Ste. 300
Eugene, OR 97401
Phone: 541-484-9292
Attorneys for Defendant

SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND COSTS - Page 3

EXHIBIT 1
Page 3 of 3