IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DANIEL S. SARKISIAN, and DAWN L. SARKISIAN, individuals,<br><br>PLAINTIFFS,<br>v.<br><br>FREIGHTLINER CUSTOM CHASSIS CORPORATION, a subsidiary of DAIMLER TRUCKS NORTH AMERICA LLC, a foreign Limited Liability Company, and NEWMAR INDUSTRIES, INC., aka NEWMAR CORPORATION, a foreign profit corporation,<br><br>DEFENDANTS. | Case No. 3:21-cv-1123-IM<br><br>**SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEE'S AND COSTS** |

////

////

SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEE'S AND COSTS - Page 1

Based on the Court's Order Granting in Part Defendant's Motion for Attorney's Fees and Costs dated November 16, 2023,

IT HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of defendant Newmar Corporation and against Daniel and Dawn Sarkisian for attorney fees and costs in the amount of $23,068.52:

## MONEY AWARD

1. Judgment creditor:  
   Newmar Corporation  
   P.O. Box 30  
   Nappanee, IN 46550-0030

2. Judgment creditor's attorney:  
   Eric S. DeFreest, OSB #920475  
   Luvaas Cobb  
   777 High Street, Suite 300  
   Eugene, Oregon 97401  
   Phone : 541-484-9292

3. Judgment debtor's Name:  
   Daniel Setrak Sarkisian  
   Dawn Lemay Sarkisian  
   38 S 4th Street  
   Campbell, CA 95008

   Date of Birth: Unknown  
   Social Security No.: Unknown  
   Oregon Drivers License No.: Unknown

4. Judgment debtor's attorney:  
   Sara Douglass, OSB #222030  
   Lemon Law Group Partners  
   10260 SW Greenburg Road, Ste. 400 #522  
   Portland, OR 98223  
   Phone: 888-415-0610 ext. 5146

5. Others entitled to any portion of money award:    None

6. Principal amount of money award:    $23,068.52

7. Pre-judgment interest:    0.00

SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEE'S AND COSTS - Page 2

8. Post-judgment interest on principal amount item 6:     At the rate of 5.35% per annum compound interest from the date the attorney's fees order was issued until paid.

/s/ Karin J. Immergut

Karin J. Immergut
United States District Judge

Dated: February 1, 2024